UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KRISTIN BATTAGLIA, et al. | Case No.: 4:23cv303 |
| Plaintiffs. | |
| | JUDGE J. PHILIP CALABRESE |
| v. | |
| NORFOLK SOUTHERN CORPORATION et al. | |
| Defendants. | ORDER OF TRANSFER |

Pursuant to L.R. 3.1(b)(3), and with the agreement of both the transferor and transferee judges, the above captioned case is transferred to the docket of Judge Benita Y. Pearson, U.S. District Court for the Northern District of Ohio, as related to Case No. 4:23-cv-242.

**IT IS SO ORDERED**.

Dated: February 17, 2023

s/ J. Philip Calabrese
United States District Judge
Transferor Judge

s/ Benita Y. Pearson
United States District Judge
Transferee Judge