IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **KRISTIN BATTAGLIA,** et al., | : | Case No. 4:23-cv-303 |
| Plaintiffs, | : | Judge Benita Y. Pearson |
| v. | : | **PLAINTIFFS' NOTICE OF** |
| | | **AGREEMENT REGARDING MOTION** |
| **NORFOLK SOUTHERN RAILWAY CO.,** | : | **FOR PRELIMINARY INJUNCTION** |
| et al. | | |
| | : | |
| Defendants. | | |
| | : | |

Now come Plaintiffs, Kristin Battaglia, et al., by and through counsel, and respectfully provide notice to this Honorable Court of the agreement entered regarding the matters forming the basis of their motion for preliminary injunction against Defendants Norfolk Southern Railway Co. and Norfolk Southern Corp. (collectively "Norfolk Southern").

Plaintiffs moved this Court for a preliminary injunction prohibiting the Norfolk Southern Defendants from spoliation of evidence pending hearing, on the ground that immediate and irreparable injury, loss, and damage would result to Plaintiffs should a preliminary injunction not be issued.  Since that motion was made, Defendants entered an agreement with plaintiffs in *Erdos, et al. v. Norfolk Southern Corp.*, *et al.*, U.S. Dist. Ct. Case No. 4:23-cv-00268 (N.D. Ohio).  The filings reflecting this agreement are attached as exhibits 1-2.  As a result of that compromise, the Plaintiffs herein are satisfied that there is no current controversy regarding a preliminary injunction in this matter and these Plaintiffs hereby withdraw their motion.

Respectfully submitted,

/s/ *Margaret M. Murray*
Margaret M. Murray (0066633)
mmm@murrayandmurray.com

Florence A. Murray (0080292)
fam@murrayandmurray.com
Dennis E. Murray, Sr. (0008783)
dms@murrayandmurray.com
Nolan E. Murray (0097760)
nem@murrayandmurray.com
Donna Jean Evans (00782306)
dae@murrayandmurray.com
Joseph A. Galea (0089550)
jag@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky OH  44870
Telephone:     (419) 624-3000
Facsimile:      (419) 624-0707

Attorneys for Plaintiffs

## CERTIFICATION OF SERVICE

I certify that on March 2, 2023, the foregoing was filed electronically on the CM/ECF

System.  Notice of this filing will be sent to all parties in this case by operation of this Court's

electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Margaret M. Murray*
Margaret M. Murray (0066633)
mmm@murrayandmurray.com
MURRAY & MURRAY CO., L.P.A.

Attorney for Plaintiffs